## (September 28, 1982)

■ In the Matter of the CITY OF NEW YORK, Appellant-Respondent, Relative to Acquiring Title to Real Property Bounded by Third Avenue and Other Streets, Duly Selected as a Site for the South Bronx Neighborhood Development Plan (Bronxchester-Second Taking) in the Borough of The Bronx. BROOKFIELD REFRIGERATION CORP. et al., Respondents-Appellants; SIDNEY ZOLOTO, Respondent. — Sixth separate and partial final decree of the Supreme Court, Bronx County (Cotton, J.), entered on October 7, 1981, unanimously affirmed, without costs and without disbursements. All parties to this appeal are granted leave to appeal to the Court of Appeals. No opinion. Concur — Kupferman, J. P., Ross, Silverman and Asch, JJ.

■ GLENN VILLANUEVA, Respondent, v CITY OF NEW YORK, Appellant. — Interlocutory judgment, Supreme Court, New York County (Blyn, J.), entered on November 27, 1981, unanimously affirmed, without costs and without disbursements, and defendant's time to comply with the damage stipulation extended to 30 days after the date of this court's order. No opinion. Concur — Sandler, J. P., Markewich, Bloom, Fein and Milonas, JJ.

■ In the Matter of PETER GATTO, Appellant, v BOARD OF TRUSTEES OF THE NEW YORK CITY TEACHERS' RETIREMENT SYSTEM et al., Respondents. — Judgment, Supreme Court, New York County (Greenfield, J.), entered on February 23, 1981, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur — Sandler, J. P., Markewich, Bloom, Fein and Milonas, JJ.

## (September 30, 1982)

■ CHASE MANHATTAN BANK, Respondent, v WALTER KNOLL, Appellant. — Judgment, Supreme Court, New York County (Shainswit, J.), entered on February 17, 1982, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order entered on January 28, 1982 is unanimously dismissed as having been subsumed in the appeal from the aforesaid judgment, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Kupferman, Markewich and Lynch, JJ.

■ KVR REALTIES, INC., Appellant, v TREASURE STAR, INC., Respondent, et al., Defendants. — Order, Supreme Court, New York County (Okin, J.), entered on April 7, 1982, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. The appeal from order entered on February 1, 1982, unanimously dismissed as having been superseded by the aforesaid appeal, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Markewich, Bloom and Fein, JJ.